UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

CAROLINA GUERRENO

Criminal No. 3:22 CR 181 (MPS)

VIOLATION:

18 U.S.C. § 1343
(Wire Fraud)

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

Background

1.     At all times relevant to this Information, the defendant CAROLINA GUERRENO resided in Fairfield, Connecticut and was employed as the Chief Financial Officer by a financial services company located in Shelton, Connecticut.

2.     As part of the defendant's job responsibilities, she had access to her employer's bank accounts and was allowed to initiate financial transactions, including wiring company funds to other bank accounts.

The Scheme to Defraud

3.     From in or about January 2019 until in or about to February 2021, in the District of Connecticut, CAROLINA GUERRENO, knowingly and with the intent to defraud, devised a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and in furtherance of that scheme used and caused the use of interstate wire communications.  As set forth below with more particularity, the scheme involved CAROLINA GUERRENO diverting funds from her employer's bank accounts for her

own benefit.

4.      As part of the scheme to defraud, CAROLINA GUERRENO electronically directed payments from her employer's bank account either (1) to one of her credit card accounts; (2) to one of her bank accounts or (3) to directly pay her home equity line of credit.

5.      As a further part of the scheme to defraud, the defendant altered preexisting, legitimate payroll accounts by inserting her own banking information, which caused the payroll payment to be deposited in her account. She thereafter reverted the information back to the original account number. CAROLINA GUERRENO used the money that she stole from the various client accounts for her personal benefit.

Charged Execution of the Scheme

6.      For example, on or about February 11, 2021, in the District of Connecticut, the defendant CAROLINA GUERRENO, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the amount of $50,546.00, by wiring money from her employer's account to an account she controlled.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

RAY MILLER
ASSISTANT UNITED STATES ATTORNEY